**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICKIE GREEN
ADC # 117055                                                                                             PLAINTIFF

V.                                         5:05CV00056 GH/HDY

JONAK *et al.*                                                                                         DEFENDANTS

## ORDER

In response to the Court's Order of June 27, 2005 (docket entry #39) and in anticipation of the Pre-Jury Evidentiary Hearing scheduled for Tuesday, September 27, 2005, at 10:00 a.m. in Room #444, in Little Rock, Arkansas, the Plaintiff has submitted a proposed witness list (docket entry #44). Because this scheduled hearing has a limited scope, witnesses other than the parties will not be permitted, as outlined in *Johnson v. Bi-State Justice Center*, 12 F. 3d 133, 135-36 (8th Cir. 1993).

The Arkansas Department of Correction is directed to ensure Plaintiff's attendance at the hearing, scheduled for Tuesday, September 27, 2005, at 10:00 a.m. in Room #444 of the Richard Sheppard Arnold U.S. Courthouse in Little Rock, Arkansas.

IT IS SO ORDERED this  12   day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE