IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE GREEN                                                                                       PLAINTIFF

v.                                  No. 5:05CV00056 GH

HERMAN JONAK, ET AL.                                        DEFENDANTS

## **ORDER**

In light of the change of address filed on October 19th, the Clerk is directed to mail a copy of the October 12th report and recommendations (#64) to plaintiff at his new address. Plaintiff will have fifteen days from the file-date of this order for any objections to be filed with this Clerk's office.

Plaintiff's October 17th motion (#67) for reconsideration for appointment of counsel is denied and is his October 17th motion (#68) for copy of transcript hearing.

IT IS SO ORDERED this 27th day of October, 2005.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE