IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE GREEN
ADC # 117055                                                                                                PLAINTIFF

V.                                          5:05CV00056 GH/HDY

JONAK *et al.*                                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's November 14th objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case,[1] the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITH PREJUDICE.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 12th day of December, 2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE

---

[1] The Court listened to a cassette tape of the September 27th hearing which included Plaintiff's testimony about what was reflected in the notes of Nurse Jones and the behavior contract. A copy of the contract was attached to Plaintiff's objections.